COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

WAYNE O. STACY (*pro hac vice* pending)
(stacywo@cooley.com)
ORION ARMON (*pro hac vice* pending)
(oarmon@cooley.com)
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC.,<br><br>Defendant. | Case No. 4:11-cv-4675-DMR<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND ANSWER DEADLINE FOR QUEST SOFTWARE, INC.** |

Plaintiff Centrify Corp. and Defendant Quest Software, Inc., by and through their respective counsel, hereby stipulate to a thirty-day extension of time for Quest Software to move, answer, or otherwise respond to Centrify's Complaint, up to and including November 17, 2011.

Dated: October 6, 2011

COOLEY LLP

/s/ *Thomas J. Friel, Jr.*
Thomas J. Friel, Jr. (State Bar No. 80065)

ATTORNEYS FOR DEFENDANT QUEST SOFTWARE, INC.

Dated: October 6, 2011

SIDLEY AUSTIN LLP

/s/ *Edward V. Anderson*
Edward V. Anderson (State Bar No. 83148)

ATTORNEYS FOR PLAINTIFF CENTRIFY CORP.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT
APPROVED
Judge Donna M. Ryu
NORTHERN DISTRICT OF CALIFORNIA

Dated: October ____, 2011

______________________________
The Honorable Donna M. Ryu
United States Magistrate Judge

**ATTESTATION CLAUSE**

I, Thomas J. Friel, Jr., hereby attest in accordance with General Order No. 45.X(B) that Edward V. Anderson, counsel for Plaintiff Centrify Corp., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER TO EXTEND ANSWER DEADLINE.

Dated: October 6, 2011

By: /s/ *Thomas J. Friel, Jr.*
Thomas J. Friel, Jr.

363696 v1/CO