```
               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
```

CENTRIFY CORPORATION,

       NO. C 10-03873 CW

    Plaintiff,

**MINUTE ORDER**

  v.                                      Date: December 20, 2011

QUEST SOFTWARE, INC.,

    Defendant.

       NO. C 11-04675 CW

CENTRIFY CORP,

    Plaintiff,

  v.

QUEST SOFTWARE,

    Defendant.

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Edward Anderson; Ryan Sandrock

**Appearances for Defendant:**
Thomas Friel, Jr., Orion Armon

               **Case Management Conference - NOT HELD**

Notes:   These actions are stayed by the Court pursuant to the agreement of the parties pending a resolution of BPAI.  The Court informs the parties that the cases will be administrative closed.

Copies to:  Chambers