|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

Centrify Corporation,

   *Plaintiff and Counterclaim-Defendant*,

vs.

Quest Software, Inc.,

   *Defendant and Counterclaim-Plaintiff.*

No. 4:10-cv-3873-CW (filed Aug. 30, 2010)

Centrify Corporation,

   *Plaintiff and Counterclaim-Defendant*,

vs.

Quest Software, Inc.,

   *Defendant and Counterclaim-Plaintiff.*

No. 4:11-cv-4675-CW (filed Sept. 20, 2011)
(related case)

## STIPULATED ORDER STAYING LITIGATION

To promote efficiency for the Parties and Court, Quest Software, Inc. and Centrify Corporation hereby agree and stipulate that Civil Action No. 4:10-cv-3873-CW and Civil Action No. 4:11-cv-4675-CW shall be stayed effective immediately; and

The stay in each case will remain in effect during the period that begins upon the entry of this Stipulation by the Court and ends ninety (90) days after the earlier of:

1. <u>The Conclusion of Reexamination-Related Appeals in Both Reexaminations</u>: Decision of all reexamination-related appeals by the Board of Patent Appeals and Interferences in Application No. 95/001,458 (concerning U.S. Patent No. 7,617,501) and Application No. 95/001,434 (concerning U.S. Patent No. 7,591,005); or

2. <u>The Conclusion of Reexamination-Related Appeal in Either Reexamination</u>: If appeals to the Board of Patent Appeals and Interferences are taken in one, but not both

of Application No. 95/001,458 and Application No. 95/001,434, decision of all reexamination-related appeals by the Board of Patent Appeals and Interferences in the appealed case; or

3. <u>The Deadline to File an Appeal When None Filed in Either Case</u>: The deadline for the Parties to file appeals to the Board of Patent Appeals and Interferences passing in both Application No. 95/001,458 and Application No. 95/001,434 without an appeal being timely filed in either case.

Dated: December 22, 2011

| SIDLEY AUSTIN LLP | COOLEY LLP |
|---|---|
| /s/ *Ryan Sandrock* | /s/ *Orion Armon* |
| Ryan Sandrock<br>Attorneys for Centrify Corp. | Orion Armon<br>Attorneys for Quest Software, Inc. |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 12/23/2011

_____
The Honorable Claudia Wilken
United States District Judge