UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.<br><br>    Defendant. | Case No. 10-3873-CW |
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.<br><br>    Defendant. | Case No. 11-4675-CW (filed Sept. 20, 2011)<br>(related case) |

**~~[PROPOSED]~~ ORDER DISMISSING DEFENDANT QUEST SOFTWARE INC.**

    Based on the foregoing Stipulation Dismissing and good cause appearing.

    IT IS HEREBY ORDERED that all claims and counterclaims between the parties be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

    IT IS SO ORDERED

DATED: 05/07/2015

_____
United States District Judge